IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALLEN BEIRIGER,

Appellant,

v.

SOUTHWIND PEST &
TERMITE, LLC; a Georgia
Limited Liability Company, and
SOUTHWIND PEST &
TERMITE OF NORTHEAST
FLORIDA, LLC; a Florida
Limited Liability Company,

Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1188

Opinion filed September 11, 2014.

An appeal from the Circuit Court for Duval County.
L.P. Haddock, Judge.

Scott Thomas Fortune, Jacksonville Beach, for Appellant.

John H. Bill and Michael S. Kraynick of Godbold, Downing & Bill, P.A., Winter
Park, for Appellees.


PER CURIAM.

    AFFIRMED.

WOLF, ROWE, and OSTERHAUS, JJ., CONCUR.